

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00335-CV

**PEGGY BRIGNON,**

**Appellant**

v.

**WILLIAM J. REA AND
REA AGRICULTURAL, L.P.,**

**Appellees**

_____

**From the 249th District Court
Johnson County, Texas
Trial Court No. C2008-00117**

## MEMORANDUM  OPINION

Appellant, Peggy Brignon, has filed an unopposed motion to dismiss her appeal in this matter.  *See* TEX. R. APP. P. 42.1(a)(1).  Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed May 23, 2012
[CV06]